O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME YEPEZ LOPEZ,<br><br>        Petitioner,<br>v.<br><br>G. J. JANDA, et al.,<br><br>        Respondents. | Case No. EDCV 13-316-GAF (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///
///
///

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) granting Respondent's Motion to Dismiss the Petition as untimely; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 6/11/13

HONORABLE GARY A. FEESS
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2